RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
*Attorneys for Defendant,*
*State Farm Fire and Casualty Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DEMARCO,<br><br>                    Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY; DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>                    Defendants. | Case No: 2:16-CV-00219-RFB-CHW<br><br>**STIPULATION AND ORDER FOR REMAND TO STATE COURT** |

IT IS HEREBY STIPULATED by and between Plaintiff, JOHN DEMARCO, by and through his attorney of record, CHAD A. BOWERS, ESQ., of the law firm of CHAD A. BOWERS, LTD., and Defendant, STATE FARM FIRE AND CASUALTY COMPANY, by and through its attorney of record, RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LTD., , that this matter be remanded, by agreement, for resolution of the <u>contractual</u> claims to Nevada State Court - the extra-contractual claims were previously dismissed by way of Stipulation and Order, and Plaintiff will file an Amended Complaint devoid of any averments or claims for any extra-contractual (bad faith), punitive damages, and/or any other claims involving claims outside of the contractual relationship between State Farm and John DeMarco, and Defendant will file an Answer thereto.

/ / /

/ / /

/ / /

Both sides acknowledge that each side will bear their own attorneys' fees and costs as it relates to the litigation thus far completed, and that further orders and decisions shall be entered and effective through the Nevada State Court upon remand.

DATED this __2nd__ day of March, 2016.

| | |
|---|---|
| **CHAD A. BOWERS, ESQ.** | **DENNETT WINSPEAR, LLP** |
| By   /s/ Chad A. Bowers<br>CHAD A. BOWERS, ESQ.<br>Nevada Bar No. 007283<br>3202 West Charleston Blvd.<br>Las Vegas, Nevada  89102<br>Telephone:  (702) 457-1001<br>Facsimile:   (702) 457-8006<br>*Attorneys for Plaintiff,*<br>*John DeMarco* | By   /s/ Ryan L. Dennett<br>RYAN L. DENNETT, ESQ.<br>Nevada Bar No. 005617<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada  89129<br>Telephone:   (702) 839-1100<br>Facsimile:    (702) 839-1113<br>*Attorneys for Defendant,*<br>*State Farm Fire and Casualty Company* |

## ORDER

UPON Stipulation of counsel and good cause appearing,

IT IS SO ORDERED.

DATED:  April 7, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

**DENNETT WINSPEAR, LLP**

By   /s/ Ryan L. Dennett
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
*Attorneys for Defendant,*
*State Farm Fire and Casualty Company*